UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JODY EUGENE PARSONS                                   CIVIL ACTION

VERSUS                                                NO. 11-1804

MICHAEL J. ASTRUE,                                    SECTION "C" (3)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is GRANTED, the Plaintiff's Motion for Summary Judgment is DENIED and that the plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 30 day January, 2013.

UNITED STATES DISTRICT JUDGE